# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| Tear Drop Cattle Company LLC | ) | |
| | ) | |
| Plaintiff, | ) | Lead BK Case: 19-20699 |
| | ) | |
| v. | ) | |
| | ) | |
| Devon Energy Production Company, L.P. | ) | Adversary Proceeding: 20-02057 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| Devon Energy Production Company, L.P., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Carbon Creek Energy, LLC, US Realm Powder River, LLC f/k/a Moriah Powder River, LLC | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## JOINT STATUS REPORT

As directed by the Court's Minute Order dated February 3, 2021, counsel for the Plaintiff Tear Drop Cattle Company LLC and the Defendant Devon Energy Production Company, L.P. held a discovery conference on February 8, 2021. The parties agreed as follows:

1. The initial disclosure deadline for the Defendant is February 15, 2021.

2. The parties may commence discovery at this time. All discovery between the parties necessary to respond to the Plaintiff's pending motion for summary judgment will be completed within 120 days from February 8, 2021. Any

interrogatories, requests for production or requests for admission will be served at least 30 days before the expiration of the 120 day period, and any depositions must be taken before the expiration of the 120 day period. Defendant shall file its response to the Plaintiff's motion for summary within 21 days after the expiration of the 120 day period.

3. The only outstanding issue from the United States District Court is the Plaintiff's Motion to Dismiss Counterclaim which has been briefed by both parties.

Dated February 10, 2021

/s/ Kendal R. Hoopes, WSB #6-3422
*Attorney For Plaintiff*
Yonkee & Toner, LLP
P.O. Box 6288
Sheridan, WY 82801
(307) 674-7451 (telephone)
(307) 672-6250 (fax)
ttoner@yonkeetoner.com

/s/ Clayton H. Gregersen, WSB #7-5677
Attorney for Defendant
Crowley Fleck PLLP
P.O. Box 2529
Billings, M 59101-1267
(406) 252-3411 (telephone)
(406) 252-5292 (fax)
cgregersen@crowleyfleck.com